cause why he should not be disbarred from the practice of law in this Court.

No. D–359. IN RE DISBARMENT OF MCCOMB. It is ordered that Henry G. McComb, of Buffalo, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 81–2245. NEVADA v. UNITED STATES ET AL.;
No. 81–2276. TRUCKEE-CARSON IRRIGATION DISTRICT v. UNITED STATES ET AL.; and
No. 82–38. PYRAMID LAKE PAIUTE TRIBE OF INDIANS v. TRUCKEE-CARSON IRRIGATION DISTRICT ET AL. C. A. 9th Cir. [Certiorari granted, 459 U. S. 904.] Motion of petitioners in No. 82–38 for leave to file a supplemental memorandum after argument granted.

No. 82–898. MINNESOTA STATE BOARD FOR COMMUNITY COLLEGES v. KNIGHT ET AL.; and
No. 82–977. MINNESOTA COMMUNITY COLLEGE FACULTY ASSN. ET AL. v. KNIGHT ET AL. D. C. Minn. [Probable jurisdiction noted, 460 U. S. 1050.] Motion of appellants in No. 82–977 to expand the record and enlarge the questions presented for review granted.

No. 82–1256. LYNCH, MAYOR OF PAWTUCKET, ET AL. v. DONNELLY ET AL. C. A. 1st Cir. [Certiorari granted, 460 U. S. 1080.] Motion of Anne Neamon for leave to proceed pro se for the purpose of filing a brief as amicus curiae denied.

No. 82–1678. FULTON ET AL. v. PLUMBERS & STEAMFITTERS, LOCAL 598, ET AL. C. A. 9th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.